UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

FILED BY _____ D.C.
NOV 02 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

JOSE M MIRANDA JR.
(Write the full name of the plaintiff)

vs.

1. PALM BEACH COUNTY SHERIFF'S OFFICE
2. BENOIT DORMEUS
3. JACOB FERGUSON
4. DAVID SMITH
(Write the full name of the defendant/s in this case)
5. AMAZING SALES

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

A. Plaintiff: JOSE MIRANDA JR.

Address: P.O. BOX 1450 BELLE GLADE, FLORIDA 33430

Inmate/Prison No.: 0373384

Year of Birth: 1/10/91 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: ARTIS HARDWICK     Defendant: JACOB FERGUSON

Official Position: DEPUTY SHERIFF     Official Position: DEPUTY SHERIFF

Place of Employment: BELLE GLADE JAIL     Place of Employment: BELLE GLADE JAIL
P.O. BOX 1450, BELLE GLADE, FLORIDA     P.O. BOX 1450, BELLE GLADE, FLORIDA

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

DEFENDANT: BENOIT DORMEUS
OFFICIAL POSITION: DEPUTY SHERIFF
PLACE OF EMPLOYMENT: BELLE GLADE JAIL
BELLE GLADE, FLORIDA P.O. BOX 1450
ZIP CODE: 33430

DEFENDANT: DAVID SMITH
Official position: Deputy Sheriff
PLACE OF EMPLOYMENT: BELLE GLADE JAIL
BELLE GLADE, FLORIDA P.O. BOX 1450
ZIP CODE: 33430

DEFENDANT: AMAZING SALES
OFFICIAL POSITION: DEPUTY SHERIFF
PLACE OF EMPLOYMENT: BELLE GLADE JAIL
BELLE GLADE, FLORIDA 33430 P.O. BOX 1450

## II. STATEMENT OF CLAIM

On the day of October 31, 2021 Mr. Miranda asked D/S B. Dormeus if he can use the electronic kiosk system to log on to the law library web site. At that time D/S B. Dormeus escorted Mr. Miranda to use the kiosk that was located in the spacious visitation room, in which Mr. Miranda was then placed in ankle restraint (right leg/ankle). While Mr. Miranda was browsing through the kiosk system, Deputy J. Ferguson stopped right beside Mr. Miranda in the visitation room/kiosk area. Deputy Hardwick was standing to the side of Mr. Miranda also inside of the visitation kiosk room and Deputy A. Sales and Deputy B. Dormeus was further away with Deputy Sales to the right of Mr. Miranda, outside of the visitation room. As soon as Deputy J. Ferguson stood on top of Mr. Miranda's right side, Mr. Miranda then immediately raised both arms into the air due to the hostile formation that the deputies had created. It was quite obvious that Mr. Miranda was no threat due to the fact that he was in the ankle restraint and raised both of his arms into the air in a surrendering fashion. As Mr. Miranda had both arms raised in surrender, he was struck from behind with handcuffs wrapped around fist like brass knuckles, and that attack came from Deputy A. Hardwick. Due to the force and impact that came from the blow, Mr. Miranda was pushed into Deputy J. Ferguson, in which was a maneuver that placed Mr. Miranda into a military styled/MMA headlock by Deputy J. Ferguson. Mr. Miranda was then yanked to the ground by Deputy J. Ferguson and while on the ground, Mr. Miranda's right arm was stuck behind Deputy J. Ferguson's back which felt like an arm bar. Deputy J. Ferguson also began to knee Mr. Miranda on his head while Mr. Miranda was laying on his stomach. All of this occurred on camera.

## II. STATEMENT OF CLAIM (CONTINUED)

THESE SAME ACTS WILL BE SEEN ON THE FOOTAGE. DEPUTY B. DORMEUS JUST STOOD THERE AND WATCHED. WHILE MR. MIRANDA WAS BEING KNEED AND IN A HEADLOCK, DEPUTY A. SALES DECIDED TO PUNCH MR. MIRANDA ONE TIME, ALSO ON CAMERA FOOTAGE, AND MR. MIRANDA WAS THEN DRAGGED OFF OF CAMERA VIEW BACK INTO THE VISITATION/KIOSK AREA. AT THAT TIME, MR. MIRANDA WAS FLIPPED ONTO HIS BACK WHERE DEPUTY J. FERGUSON WOULD THEN SIT ON MR. MIRANDA'S STOMACH AND WOULD REPEATEDLY PUNCH MR. MIRANDA WITH CLOSED FISTS ON HIS FACE. MR. MIRANDA WAS BEING KICKED BY DEPUTY A. HARDWICK ON HIS RIBS, LEGS AND DEPUTY A. SALES DID THE SAME THING ALSO. WHILE MR. MIRANDA WAS BEING PUNCHED IN THE FACE BY DEPUTY J. FERGUSON, THESE DEPUTIES WOULD SCREAM AT MR. MIRANDA "YOU THINK YOU'RE TOUGH" "YOU THINK YOU'RE BAD!?"... IN THE MEAN TIME, DEPUTY B. DORMEUS WOULD STAND THERE AND WATCH AND SNEAK A KICK IN WHEN HE CAN. THESE DEPUTIES WOULD SCREAM "STOP RESISTING" WHEN ALL MR. MIRANDA WAS TRYING TO DO WAS BLOCK HIS FACE AND BODY FROM ALL OF THE INCOMING BLOWS. FINALLY DEPUTY B. DORMEUS RELEASED THE ANKLE RESTRAINT CUFF FROM MR. MIRANDAS LEG THAT WAS SHACKLED TO THE LEG IRON WHICH BOLTED MR. MIRANDA TO BE STUCK IN THAT SPOT. AFTER THIS ANKLE RESTRAINT WAS REMOVED BY DEPUTY B. DORMEUS MR. MIRANDA WAS DRAGGED FURTHER TO THE BACK OF THE VISITATION/KIOSK ROOM. AT THAT TIME MR. MIRANDA WAS THEN FLIPPED OVER ONTO HIS STOMACH, STILL BEING PUNCHED AND KICKED BY DEPUTIES J. FERGUSON, A. HARDWICK, A. SALES, AND B. DORMEUS. AS THIS WAS HAPPENING, NEW DEPUTIES ARRIVED. AS MR. MIRANDA WAS LOSING CONSCIOUSNESS HE NOTICED THESE NEW DEPUTIES THAT HAD ARRIVED WHICH WERE DEPUTIES PERRY AND DEPUTY JAMES ENTER THE VISITATION KIOSK AREA IN WHICH DEPUTY PERRY BEGAN TO GIVE MR. MIRANDA SOME BLOWS TO THE BACK OF MR. MIRANDAS HEAD. DEPUTY HARDWICK KEPT PLACING HIS KNEE TO THE BACK OF MR. MIRANDA'S HEAD AND NECK, BLOCKING MR. MIRANDA'S AIR WAVES, STOPPING HIM FROM BEING ABLE TO BREATHE.

ALL OF THIS ALSO CAUSED MR. MIRANDA TO SUFFER HIS BACK TOOTH BEING CRACKED OFF WHICH REQUIRED THAT TOOTH TO BE REMOVED WHICH CAUSED ANOTHER TOOTH TO BE BROKEN OFF. THIS CAUSED ME TO LOSE THESE TEETH AND GET A FILING AND I CAN SHOW ALL OF THIS WITH MY MEDICAL RECORDS, RESULTS OF INJURIES FROM THIS INCIDENT OF BEING KICKED AND PUNCHED AND BEAT UP BY THE POLICE.

## III. RELIEF REQUESTED

THE RELIEF THAT I AM SEEKING IS THAT I REQUEST THIS COURT TO ORDER THESE DEPUTIES TO COMPENSATE ME FOR THE INJURIES THAT I HAVE SUFFERED WHICH ARE PHYSICAL HARM DUE TO THESE DEPUTIES 'EXCESSIVE USE OF FORCE', EMOTIONAL DISTRESS, MENTAL ANGUISH AND SUFFERING SEVERE PARANOIA AND PTSD OF ALL OFFICERS BECAUSE THIS INCIDENT HAS TRAUMATIZED ME LEAVING ME THESE ONGOING PERSISTENT INJURIES. IF SOMEHOW THESE DEPUTIES COULD NOT PAY ME THEN I ASK THE COURT TO HOLD PALM BEACH COUNTY SHERRIFFS OFFICE LIABLE FOR THE TRAINING AND HIRING OF THESE OFFICERS AS IT IS THE PALM BEACH COUNTY SHERRIFFS OFFICE DUTY TO ENSURE THAT THEY HAVE COMPETENT DEPUTIES UPHOLDING THEIR MOTTO OF CARE, CUSTODY AND CONTROL WORKING IN THEIR FACILITY. ALSO, IT IS WELL KNOWN THAT AGENCIES/CORPORATIONS ARE HELD LIABLE FOR THEIR WORKERS ACTIONS AND THEREFORE I ASK THAT THE PALM BEACH COUNTY SHERRIFFS OFFICE AND RIC BRADSHAW ARE HELD LIABLE FOR THEIR DEPUTIES ACTIONS.

I ASK FOR 250,000$ PER DEPUTY OR 1 MILLION $ FROM THE PALM BEACH COUNTY SHERRIFFS OFFICE TO BE COMPENSATED TO ME.

## IV. JURY DEMAND

ARE YOU DEMANDING A JURY TRIAL? YES ✓   NO ___

SIGNED THIS OCTOBER, DAY OF 29TH 2023

_SIGNATURE OF PLANTIFF_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON:

_SIGNATURE OF PLANTIFF_

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?   ✓ Yes   ____ No

Signed this _____ day of _____, 20____

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _____

_____
Signature of Plaintiff

[Notary seal: Notary Public State of Florida, Michael C. Humbert, My Commission HH 0?0?0, Expires ?/?0/2026]

Michael Burns
1/4/22

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

On the day of October 31, 2021 Mr. Miranda asked D/S B. Dexmeus if he can use the Electronic Kiosk System to log on to the Law Library web site. At that time D/S B. Dexmeus escorted Mr. Miranda to use the Kiosk that was located in the Spacious Visitation Room, in which Mr. Miranda was then placed in ankle Restraint (Right Leg/ankle). While Mr. Miranda was browsing through the kiosk system he then began to start feeling panic attacks, anxiety began to kick in, palms were starting to sweat as well as his armpits and forehead. At that time Mr. Miranda asked D/S B. Dexmeus

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

___

___

___

___

___

___

___

P9 1

JOSE M. MIRANDA JR. 0373384 Jr#
P.O. BOX 1450
BELLE GLADE FL., 33430

WEST PALM BCH FL 334
31 OCT 2023 PM 2 L

LEGAL MAIL
CONFIDENTIAL MAIL

SOUTHERN DISTRICT
CLERK OFFICE - Roo
400 N. MIAMI AVE.
MIAMI FL., 33128-

LEGAL MAIL

33128-771699